**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00831-CV

## DALLAS DRAIN COMPANY, INC. AND KEVIN TRAVIS, Appellants

## V.

## KEVIN D. WELSH AND KELLY A. WELSH, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09129**

## ORDER

We **GRANT** appellants' November 6, 2014 unopposed motion to enlarge time to file reply brief and **ORDER** the brief be filed no later than November 13, 2014.

/s/     ADA BROWN
         JUSTICE